UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA
          Petitioner
   v.                                      **Judgment in a Civil Case**
MORRIS CAREY JENKINS
          Respondent                    Case Number: 5:10-HC-2099-BR

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge, for a hearing on the Government's Motion to Determine the Present Mental Condition of Imprisoned Person pursuant to 18 U.S.C. § 4245.

**IT IS ORDERED AND ADJUDGED** that respondent be committed to the custody of the Attorney General for hospitalization and treatment in a suitable facility until he is no longer in need of such custody for care or treatment or until the expiration of the sentence of imprisonment, whichever occurs earlier.

This Judgment Filed and Entered on July 6, 2010, with service on:
David Huband, (via CM/ECF Notice of Electronic Filing)
Jane Pearce, (via CM/ECF Notice of Electronic Filing)
Record Center, FMC-Butner P.O. Box 1600, Butner, NC 27509 0(via U.S. Mail)

July 6, 2010                                                    /s/Dennis P. Iavarone
                                                               Clerk